**MARLIN & SALTZMAN, LLP**
Alan S. Lazar, Esq. (CA SBN 125820)
Brad R. Fagnani (CA SBN 261330)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
alazar@marlinsaltzman.com
bfagnani@marlinsaltzman.com

Attorneys for Plaintiffs JOAQUINITA SANCHEZ and JOSE SANCHEZ

**SHOOK, HARDY & BACON, LLP**
Eva M. Weiler (SBN: 233942)
Victoria P. McLaughlin (SBN: 321861)
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 475-1500
Facsimile: (949) 465-0016
eweiler@shb.com
vmclaughlin@shb.com

Attorneys for Defendant BOSTON SCIENTIFIC CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUINITA SANCHEZ, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>  Defendant. | Case No. 2:18-cv-02183-KJM-CKD<br><br>(Assigned to Hon. Kimberly J. Mueller)<br><br>**JOINT STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; PROPOSED ORDER**<br><br>Pretrial Sched. Conf: December 13, 2018<br>Trial Date:          None Set |

## STIPULATION

WHEREAS, on March 11, 2013, Joaquinita Sanchez and Jose Sanchez ("Plaintiffs") filed a Short Form Complaint in the United States District Court for the Southern District of West Virginia ("WV Court"), in the MDL entitled: *In Re: Boston Scientific Corp., Pelvic Repair System Products Liability Litigation*, MDL No. 2326;

WHEREAS, Defendant Boston Scientific Corporation ("Defendant") entered its Appearance on April 11, 2013;

WHEREAS, on July 19, 2018, an Order was issued by the WV Court transferring the case to the United States District Court for the Eastern District of California (Dkt. #101);

WHEREAS, on July 26, 2018, a Joint Designation of Records to be Transferred to the Eastern District of California was filed in the WV Court (Dkt. #102);

WHEREAS, on August 10, 2018, this Court set a Status (Pretrial Scheduling) Conference for December 13, 2018, at 2:30 p.m., before the Hon. Kimberly J. Mueller in Courtroom 3 (Dkt #104);

WHEREAS, the parties have agreed to proceed to mediation before Cathy Yanni of JAMS in San Francisco;

WHEREAS, the mediation concerns an existing inventory of mesh cases by this counsel against defendant Boston Scientific Corporation, which includes the *Sanchez* case herein;

WHEREAS, due to Ms. Yanni's schedule, the first available dates for the mediation, and the dates for which the mediation has now been scheduled, are December 13 and 14, 2018;

WHEREAS, the parties request that the Status (Pretrial Scheduling)

//

| | |
|---|---|
| 1 | Conference currently set for December 13, 2018, be continued to **February 14,** |
| 2 | **2019 at 2:30 p.m.** |
| 3 | THEREFORE, the parties, through their respective counsel of record, |
| 4 | stipulate that the Status (Pretrial Scheduling) Conference currently set for |
| 5 | December 13, 2018, be continued to **February 14, 2019 at 2:30 p.m.** |
| 6 | **IT IS SO STIPULATED.** |
| 7 | DATED: November 12, 2018   **MARLIN & SALTZMAN, LLP** |

By: /s Alan S. Lazar
   Alan S. Lazar, Esq.
   Attorneys for Plaintiffs
   JOAQUINITA SANCHEZ and JOSE SANCHEZ

DATED: November 12, 2018   **SHOOK, HARDY & BACON, LLP**

By: /s/ Eva M. Weiler**
   Eva M. Weiler
   Attorneys for Defendant BOSTON SCIENTIFIC CORPORATION

**Pursuant to L.R. 131(e), I attest that concurrence in the filing of this document has been obtained from each of the above other signatories.

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT:

Based on the stipulation of the parties the Status (Pretrial Scheduling) Conference shall be continued to February 14, 2019 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED: November 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that on November 12, 2018, the foregoing document described as:

## JOINT STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; PROPOSED ORDER

was served on all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number:

Eva M. Weiler, Esq.
Victoria P. McLaughlin, Esq.
Shook, Hardy & Bacon LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614

Executed this 12th day of November, 2018 at Agoura Hills, California.

By: /s/ Alan S. Lazar
Alan S. Lazar, Esq.