UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUINITA SANCHEZ and JOSE SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Defendant. | No. 2:18-cv-02183-KJM-CKD <br><br> ORDER |

On March 8, 2019, the court held a scheduling conference in which the parties were directed to meet and confer and file a joint status report identifying discovery and pretrial issues, including *Daubert* motions, requiring resolution at this juncture, following transfer of this case to this court by the MDL judge. *See* Hr'g Mins., ECF No. 116; *see also* Post-Hr'g Order, ECF No. 117. On March 29, 2019, the parties filed a joint status report in compliance with the court's order. *See* Joint Status Report ("JSR"), ECF No. 118. In light of the joint status report, and the joint pretrial conference statement now on file resolving some of the issues identified in the earlier joint status report, Joint Pretrial Conference Statement ("JPCS"), ECF No. 123, the court orders as follows.

All unresolved evidentiary issues, including *in limine* and *Daubert* motions, including those on which the MDL judge reserved ruling, will be resolved through standard

1

pretrial briefing practice in accordance with the briefing schedule that will set by the court at the June 28, 2019 final pretrial conference. To the extent a party wishes the court to reconsider evidentiary rulings made by the MDL judge, that party may move for reconsideration in a motion *in limine*.

To the extent the parties have agreed to the taking of supplemental discovery, their agreements are approved. *See* JPCS at 25:1-25. With respect to the parties' dispute regarding whether discovery should be reopened for the limited purpose of obtaining discovery regarding the Uphold LITE product, *see, e.g.,* JSR at 3–5; JPCS at 10-11, 26-27, the court will permit focused briefing prior to the June 28, 2019 final pretrial conference to inform its resolution of the dispute. Therefore, no later than **June 24, 2019,** the parties may file simultaneous briefing on this question. No brief shall exceed ten (10) pages.

Finally, if the parties believe resolution of a particular issue will substantially assist their settlement conference set before Magistrate Judge Newman for July 10, 2019, they shall be prepared to discuss that issue with the court at the final pretrial conference.

IT IS SO ORDERED.

DATED: June 13, 2019.

_____
UNITED STATES DISTRICT JUDGE